UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | 4:23-CR-91-2 |
| ROBERT MOSS | ) ) ) | |

## ORDER TO SEAL

Based upon the motion of the Government to seal pursuant to S.D. Ga. Loc. Crim. R. 49.1, and for good cause shown therein, it is hereby ORDERED:

That the Government's Response to Defendant's Objections and the attached exhibits, be sealed until further Order by this Court, upon consideration of the factors set forth in Fed. R. Crim. Pro. 49.1 and *Callahan v. United Network for Organ Sharing*, 17 F.4th 1356, 1363 (11th Cir. 2021).

That the Government's Response to Defendant's Objections and the attached exhibits should remain sealed in their entirety until circumstances warrant unsealing the documents, specifically (1) a party filing a motion to unseal and the Government's response, if any such motion is filed, or (2) the Court otherwise orders the documents unsealed upon consideration of the factors set forth in 18 U.S.C. § 2705(a)(2) (as referenced by 18 U.S.C. § 3103a(b)(1)) or other factors under law. SDGA

1

LR Crim 49.1(b)(1)(D). The access and use of the sealed materials is limited to the Court, the Probation Office for the Southern District of Georgia, and the parties listed above.

    So ORDERED, this __5__ day of December 2024.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA